■ OFORI O. et al., Appellants, v ROMAN CATHOLIC CHURCH OF ALL SAINTS, Respondent. [7 NYS3d 898]—Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered June 20, 2014, which granted the motion of defendant Roman Catholic Church of All Saints (the School), dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

In this action for personal injuries allegedly sustained by the infant plaintiff when a free-standing basketball hoop in de-

fendant's gymnasium fell on top of him, dismissal of the complaint was not warranted. The record presents triable issues of fact including whether defendants were negligent in permitting a broken basketball hoop to remain in the gymnasium where classes, such as plaintiff's, were held (*see Llauger v Archdiocese of N.Y.*, 82 AD3d 656 [1st Dept 2011]). Concur—Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.